Motion GRANTED.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-cr-00115 |
| | ) | |
| | ) | JUDGE TRAUGER |
| PEDRO LUIS PEREZ, | ) | |
| a/k/a PEDRO LUIS PEREZ-MEDINA | ) | |

## MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through the undersigned attorney, and moves the Court to substitute Assistant United States Attorney Van S. Vincent for Assistant United States Attorney Mario Michael Pinto. In support of this motion, the undersigned submits that the above-captioned case has been re-assigned to Assistant United States Attorney Van S. Vincent.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney

s/Van S. Vincent
VAN S. VINCENT
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151